ERIC GRANT
United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REUBEN WILLIAM ONESTAR,<br><br>Defendant. | CASE NO.  2:25-MJ-00144-SCR<br><br>[~~PROPOSED~~] ORDER |

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the UFAP Complaint against Reuben Onestar is dismissed.  Any pending arrest warrant is recalled.

DATED: March 26, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE